IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01608-PAB-CBS

900 MULLIGAN, LLC, a Colorado limited liability company,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for New Frontier Bank,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on the Stipulated Motion for Dismissal and for Entry of Judgment Directing Clerk to Disburse Interpleaded Funds from the Registry Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 67(b) [Docket No. 35]. It is

    **ORDERED** that the Stipulated Motion for Dismissal and for Entry of Judgment Directing Clerk to Disburse Interpleaded Funds from the Registry Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 67(b) [Docket No. 35] is granted. It is further

    **ORDERED** that the Clerk of Court shall distribute the funds held in the Court Registry in this case, less the registry fee assessment, as follows. Interest shall be disbursed proportional to the principal percentages.

    $7,500.00 payable to 900 Mulligan, LLC
    c/o Jordan C. May
    Frascona, Joiner, Goodman and Greenstein, P.C.
    4750 Table Mesa Drive
    Boulder, CO 80305-5541

$123,455.00 payable to FDIC-R
c/o Jeffrey O. McAnallen
Markus Williams Young & Zimmermann, LLC
1700 Lincoln Street, #4000
Denver, CO 80203-4540

It is further **ORDERED** that all claims by and between plaintiff and defendant are dismissed with prejudice, each party to bear its own costs and attorneys' fees. It is further

**ORDERED** that this case shall be closed in its entirety.

DATED January 6, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge